**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01278-CV

**FREDERICK BROWN, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03045-D**

## ORDER

We **GRANT** appellant's November 21, 2014 motion for a free clerk's record. We

**ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file the clerk's record by

**DECEMBER 12, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic

transmission to Gary Fitzsimmons and counsel for appellee and by first-class mail to appellant.

/s/　ELIZABETH LANG-MIERS
　　　JUSTICE